Bruce W. KOENIG, Plaintiff–
Appellant,

v.

Gary MAYNARD, Secretary; J. Michael
Stouffer, Deputy Secretary; Jon P.
Galley, Director; Randy Watson;
Bobby Shearin, Warden; David Wade,
Assistant Warden; Lieutenant Pen-
nington, Housing Unit Manager; Ser-
geant Bowman, Housing Unit Super-
visor; Sergeant Sowers; Lieutenant
Harbaugh, Housing Unit Manager;
Sergeant Zain; Gazy Sindy; Randy
Durst; Correctional Officer II Dor-
con; Scott Oakley, Executive Di-
rector; Robin Wodford, Defendants–
Appellees,

and

Thomas Dewberry; Jerome Woods, II;
Unknown Employees and Former
Employees, Defendants.

No. 13–7898.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 17, 2014.

Decided: April 21, 2014.

Bruce Wayne Koenig, Appellant Pro Se.
Stephanie Judith Lane Weber, Office of
the Attorney General of Maryland, Balti-
more, Maryland, for Appellees.

Before WILKINSON, KING, and
DUNCAN, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Bruce Wayne Koenig appeals the dis-
trict court's orders denying relief on his 42
U.S.C. § 1983 (2006) complaint and deny-
ing his motion for reconsideration. We
have reviewed the record and find no re-
versible error. Accordingly, we affirm for
the reasons stated by the district court.
*Koenig v. Maynard,* No. 1:12–cv–01088–
JFM, 2013 WL 4026917 (D.Md. Aug. 6,
2013; Oct. 28, 2013). We dispense with
oral argument because the facts and legal
contentions are adequately presented in
the materials before this court and argu-
ment would not aid the decisional process.

*AFFIRMED.*